**Order entered May 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00481-CV

### DAVID BARNES, Appellant

### V.

### KATHERINE KINSER, JONATHAN BATES, AND KINSER & BATES, LLP, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01550-F**

## ORDER

Before the Court is appellant's May 20, 2019 unopposed motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before June 11, 2019.

/s/      ERIN A. NOWELL
JUSTICE